# Exhibit 2

| US9639608 | Watcha Pedia ("The accused instrumentality") |
|---|---|
| 1. A computer processor implemented method to match recommendations to a user for an event, said method comprising:<br><br>*Col 3: Lines 58-61:*<br><br>*Events could be one-time events, such as a concert, repeating such as a weekly special, a deal-based event such as an expiring coupon/special promotion, or a general event such as "hike in the park".*<br><br>*Col 4: lines 32-36:*<br><br>*Recommendations provided may include events, activities, experiences, people, deals, specials, desire matchups, and/or* | The accused instrumentality discloses a computer processor implemented method to match recommendations (e.g., recommendations for shows, movies, etc.) to a user (e.g., a user of the accused instrumentality) for an event (e.g., movies, shows, etc.).<br><br>As shown below, the accused instrumentality provides recommendations to a user regarding movies, TV shows, etc.<br><br><br><br>https://pedia.watcha.com/en-US/ |

*advertisements for user 101 alone, or include friends/people in said recommendations who may have a corresponding interest.*



https://play.google.com/store/apps/details?id=com.frograms.watcha&hl=en_US



https://play.google.com/store/apps/details?id=com.frograms.watcha&hl=en_US

The accused instrumentality matches events according to the user's interests to

provide personal recommendations to the user.



https://play.google.com/store/apps/details?id=com.frograms.watcha&hl=en_US



**WATCHA PEDIA -Movie & TV guide**

About this app

One of world's best recommendation apps for movies, TV shows
based on 700 million ratings & reviews

▶ More movies, TV shows at a glance
From popular content to curated one,
Explore all contents at a glance

▶ Just my taste
Wonder which popular titles best match your taste?
WATCHA PEDIA suggests titles that are perfect for me

https://play.google.com/store/apps/details?id=com.frograms.watcha&hl=en_US



https://pedia.watcha.com/en-US/users/dP8v6V9N0MvWe/analysis



https://pedia.watcha.com/en-US/contents/m5DpxB5

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US

Watchapedia,

 a rating and recommendation service that suggests movies, dramas, books, and webtoons based on over 750 million ratings left by people who are passionate about content. Shortcha, the first domestic OTT short-form drama service optimized for mobile viewing, featuring short vertical content of approximately one minute per episode that can be enjoyed anytime, anywhere without any burden.

https://watcha.team/

| | |
|---|---|
| | 3.2. The Company may gather and use the Personal Information in the following ways:<br>- Contact Information: In various areas of our Service and in printed materials, we provide you the opportunity to submit a form with basic contact information, such as your name, email, or mailing address. With your permission, Company uses such information to inform you of new products, technical information and services, and upcoming events that may be of interest. If you no longer wish to receive these emails, the opt-out process is described in Section of this Privacy Policy.<br>https://pedia.watcha.com/en-US |
| receiving or collecting, by a network environment, one or more portions of user data, event data, or social data from users or third party data sources via said network; | The accused instrumentality discloses receiving or collecting, by a network environment (e.g., Watcha Pedia network environment comprising of Watcha Pedia servers, Watcha Pedia users, etc.), one or more portions of user data (e.g., user information), event data (e.g., location of user, interests, etc.). or social data (e.g., ratings. reviews, etc. information from users) from users (e.g., a user of the accused instrumentality) or third party data sources (e.g., data sources affiliated with accused instrumentality) via said network (e.g., Watcha Pedia network).<br><br>As shown below, the accused instrumentality collects data regarding user personal information (user data), event information such as location of user, preferences, etc. (event data) from the user along with third-party sources affiliated with the accused instrumentality. It also collects information regarding users such as reviews, ratings, etc. |



3. Scope and Method of Collection of Personal Information

3.1. The Company may gather the following Personal Information for the purpose of providing the Service or because we are legally required to do so. If you do not provide the Personal Information we request, we may not be able to provide you with the Services. The Personal Information we and our service providers collect includes but is not limited to:

- Your full name, email address, address, date of birth and gender, local citizen or foreigner, I-pin number (only for I-pin users), cell phone number, any linked information (CI) and duplicate information (DI).

user data

https://pedia.watcha.com/en-US

3.4. Information Collected Automatically The following information may be generated and collected automatically in the course of using the Service. We have a legitimate interest in using such information to assist in log-in, systems administration purposes, information security and abuse prevention, to track user trends, and to analyze the effective of our Services. Alone or in combination with other information, such automatically collected information may constitute Personal Information. Some of our

https://pedia.watcha.com/en-US

- Social Media: We have worked with certain third-party social media providers to offer you their social networking services through our Services. For example, you can use third-party social networking services, including but not limited to Facebook, Twitter, LinkedIn, and others to share information about your experience on our Services with your friends and followers on those social networking services. These social networking services may be able to collect information about you, including your activity on our Services. These third-party social networking services also may notify your friends, both on our Services and on the social networking services themselves, that you are a user of our Services or about your use of our Services, in accordance with applicable law and their own privacy policies. If you choose to access or make use of third-party social networking services, we may receive information about you that you have made available to those social networking services, including information about your contacts on those social networking services.

**social data**

https://pedia.watcha.com/en-US

Our Services provide Social Media Features ("Features"), such as the Facebook Like button, and widgets such as the "Share" button or interactive mini-programs that run on our site ("Widgets"). These Features may collect your IP address, which page you are visiting on our Services, and may set a cookie to enable the Feature to function properly. Features and Widgets are either hosted by a third party or hosted directly on our Services. Your interactions with these Features and Widgets are governed by the privacy policy of the company providing it.

**collection of data by third party**

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/users/dP8v6V9N0MvWe/analysis



https://pedia.watcha.com/en-US/contents/m5DpxB5

https://pedia.watcha.com/en-US



**Data collected**
Data that this app may collect

**App info and performance**
Crash logs, Diagnostics and Other app performance data

**App activity**
App interactions, In-app search history, Other user-generated content and Other actions

**Photos and videos**
Photos

**Personal info**
Name, Email address, User IDs and Other info

https://play.google.com/store/apps/datasafety?id=com.frograms.watcha&hl=en_US



https://play.google.com/store/apps/datasafety?id=com.frograms.watcha&hl=en_US

| | |
|---|---|
| whereby the network environment comprises one or more servers connected to one or more user devices via a network; | The accused instrumentality discloses a network environment (e.g., Watcha Pedia network environment comprising of Watcha Pedia servers, Watcha Pedia users, etc.), whereby the network environment (e.g., Watcha Pedia network environment comprising of Watcha Pedia servers, Watcha Pedia users, etc.) comprises one or more servers (e.g., Watcha Pedia servers) connected to one or more user devices (e.g., smartphone, laptop, etc.) via a network (e.g., Watcha Pedia network). <br><br> As shown below, a user accesses the accused instrumentality through devices such as smartphones, laptops, etc. Upon accessing said instrumentality the user device connects to servers through internet for using services provided by said servers. |



https://play.google.com/store/apps/details?id=com.frograms.watcha&hl=en_US



**plurality of user devices**

https://play.google.com/store/apps/details?id=com.frograms.watcha&hl=en_US



https://play.google.com/store/apps/datasafety?id=com.frograms.watcha&hl=en_US



https://pedia.watcha.com/en-US/contents/mgOAVVd

| identifying, by said network environment, one or more portions of user data, event data, or social data from users or third party data sources via said network; | The accused instrumentality discloses identifying, by said network environment (e.g., Watcha Pedia network environment comprising of Watcha Pedia servers, Watcha Pedia users, etc.), one or more portions of user data (e.g., user information), event data (e.g., user location, interests, etc.) or social data (e.g., ratings. reviews, etc. information from users) from users (e.g., a user of the accused instrumentality) or third party data sources (e.g., data sources affiliated with accused instrumentality) via said network (e.g., Watcha Pedia network).<br><br>As shown below, the accused instrumentality collects data regarding user personal information (user data), other information such as location, preferences, etc. (event data) from the user. User devices collect said data over the network. This data is collected by user devices over a network. When accessing user data, such as through a user profile, specific portions of the data such as selected specific streaming service are identified. |



3. Scope and Method of Collection of Personal Information

3.1. The Company may gather the following Personal Information for the purpose of providing the Service or because we are legally required to do so. If you do not provide the Personal Information we request, we may not be able to provide you with the Services. The Personal Information we and our service providers collect includes but is not limited to:

- Your full name, email address, address, date of birth and gender, local citizen or foreigner, I-pin number (only for I-pin users), cell phone number, any linked information (CI) and duplicate information (DI).

**user data**

https://pedia.watcha.com/en-US

3.4. Information Collected Automatically The following information may be generated and collected automatically in the course of using the Service. We have a legitimate interest in using such information to assist in log-in, systems administration purposes, information security and abuse prevention, to track user trends, and to analyze the effective of our Services. Alone or in combination with other information, such automatically collected information may constitute Personal Information. Some of our

https://pedia.watcha.com/en-US

- Social Media: We have worked with certain third-party social media providers to offer you their social networking services through our Services. For example, you can use third-party social networking services, including but not limited to Facebook, Twitter, LinkedIn, and others to share information about your experience on our Services with your friends and followers on those social networking services. These social networking services may be able to collect information about you, including your activity on our Services. These third-party social networking services also may notify your friends, both on our Services and on the social networking services themselves, that you are a user of our Services or about your use of our Services, in accordance with applicable law and their own privacy policies. If you choose to access or make use of third-party social networking services, we may receive information about you that you have made available to those social networking services, including information about your contacts on those social networking services.

**social data**

https://pedia.watcha.com/en-US

Our Services provide Social Media Features ("Features"), such as the Facebook Like button, and widgets such as the "Share" button or interactive mini-programs that run on our site ("Widgets"). These Features may collect your IP address, which page you are visiting on our Services, and may set a cookie to enable the Feature to function properly. Features and Widgets are either hosted by a third party or hosted directly on our Services. Your interactions with these Features and Widgets are governed by the privacy policy of the company providing it.

**collection of data by third party**

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/users/dP8v6V9N0MvWe/analysis



https://pedia.watcha.com/en-US/contents/m5DpxB5

https://pedia.watcha.com/en-US



https://play.google.com/store/apps/datasafety?id=com.frograms.watcha&hl=en_US



https://play.google.com/store/apps/datasafety?id=com.frograms.watcha&hl=en_US



identifying portions of user data

https://pedia.watcha.com/en-US/contents/m5DpxB5

| | |
|---|---|
| determining recommendations by calculating a relevancy score of said user data, said social data, or said event data for users when one or more of said data points of user, social, or event data exceeds one or more thresholds; wherein said determining is based upon a significance analysis, by a computer processor implemented method, | The accused instrumentality discloses determining recommendations (e.g., recommendations for movies , shows, etc.) by calculating a relevancy score (e.g., relevance and ranking metrics) of said user data (e.g., user information), said social data (e.g., ratings, reviews, etc. information by other users), or said event data (e.g., user location, interests, etc.) for users (e.g., Watcha Pedia users) when one or more of said data points of user, social, or event data exceeds one or more thresholds (e.g., location, interest, etc.); wherein said determining is based upon a significance analysis, by a computer processor implemented method, which ranks said user data (e.g., user information), said event data (e.g.,  user location, interests, etc.), or said social data (e.g., ratings, reviews, etc. information by other users) to be of interest to one or more users based on awareness of entities, activities (e.g., movies, shows, etc.), interests (e.g., user interest, etc.), desires, or location (e.g., user location). |
| | As shown below, the accused instrumentality provides movies and show recommendations based on thresholds defined such as location, interest, etc. The recommendations are sorted as per relevancy order. The accused instrumentality calculates a relevancy score based on the thresholds and suggests interesting |

| | |
|---|---|
| which ranks said user data, said event data, or said social data to be of interest to one or more users based on awareness of entities, activities, interests, desires, or location;<br><br>*Col 6: lines 6 – 10:*<br><br><br>*This relevancy analysis may include known or guessed information of the attendance/engagement numbers of a particular recommendation, the distance of the* <u>*potential*</u> <u>*recommendation to the user's current, estimated, and/or anticipated location*</u><br><br><br>*Col 7: lines 45-51:*<br><br>*Refinement and* | movies and shows to the user.<br><br>We were a group of engineers interested in individualized service. We knew you had to have data on people's interests and preferences and film seemed to be the best for that because everyone likes films - just in varying degrees - and people are used to evaluating films with stars. <u>We decided to create a recommendation engine that took star ratings and made recommendations – Watcha Pedia</u> [which beta launched in 2012].<br><br>https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article<br><br>**recommendation engine. How does it work?**<br><br>We ask users not just about the films but also <u>books and webtoons</u> [Korean online comics] that they enjoy. <u>We use deep learning and machine learning technology to find people who rate things similarly.</u> Unlike other platforms, where star ratings are more like a popularity vote, <u>people know that the more star ratings you give within Watcha, the better your recommendations.</u> So they are more diligent and careful about whether they give 3.5 stars or 4 stars.<br>https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article<br><br>Korean movie recommendation service. <u>When users rate movies they have seen, it analyzes their tastes and automatically recommends movies they might like.</u> In addition, it provides various services such as writing movie reviews, creating your own collection, and providing box office rankings. As of 2018, movies, dramas, and even books can be evaluated. Watcha (formerly Watcha Play), a movie and drama VOD streaming service, was launched in January 2016 . |

| | |
|---|---|
| *exclusion of events 404 also takes place, using thresholds— which can be user or system defined as described herein, to ensure the most meaningful events can be displayed to users 101 and 103. <u>Factors considered by the exclusion analysis may include event size, guessed popularity, distance</u>, and what the user 101 or 103 has attended or engaged with previously.* | https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84<br><br>### ⌄ 4.1. Sign up/evaluate movies, dramas, books, webtoons<br><br>Its main function is to recommend movies that the user might like based on the user's movie star rating. If you rate 30 movies after signing up, it analyzes your taste and recommends movies. Of course, the recommendation becomes more accurate the more I rate the movie. The films that have been evaluated are piled up one by one in the form of a diary and can be checked at any time. When your followers read the movie information you rated, your rating appears at the top. With the August 2015 update, there was a function to modify the disclosure range of movie reviews. In August 2017, the book evaluation function was also updated. In November 2021, the webtoon evaluation function was also updated.<br><br>https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84<br><br>### ⌄ 4.2. Expected rating/Recommendations for movies, dramas, books, webtoons<br><br>A self-developed recommendation algorithm selects a movie that suits the user's taste and informs him of it along with his estimated rating. 'My estimated star rating' is an estimated score for how many stars a user would give if he/she actually watches the corresponding movie (drama, book, webtoon). In other words, if the expected score is 4.2, there is a high probability that I will give it a 4.<br><br>https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84<br><br>- Since it is linked to Facebook, it is also a social star rating, such as seeing the movies my Facebook friends have watched and the ratings of the movies they have rated. Due to an update in June 2014, you can follow/follow like Twitter even if you are not a Facebook friend.<br><br>https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84 |

|  | In Watchapedia, there is a section called "Why I would like this content" to show the evidence of the expected rating. This section offers an apparent reason for the recommendation: how another user with similar taste gave the movie a high rating, how the movie is similar to a movie I like, and how the movie is related to a tag I liked. In short, Netflix has a lot of things that the system takes care of without the users knowing, and Watcha explains more on which of my data were reflected on the ratings. For users who are curious about the reason for the recommendation, Netflix's "N% match" information feels insufficient. <br><br> https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295 |



https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295

- Social Media: We have worked with certain third-party social media providers to offer you their social networking services through our Services. For example, you can use third-party social networking services, including but not limited to Facebook, Twitter, LinkedIn, and others to share information about your experience on our Services with your friends and followers on those social networking services. These social networking services may be able to collect information about you, including your activity on our Services. These third-party social networking services also may notify your friends, both on our Services and on the social networking services themselves, that you are a user of our Services or about your use of our Services, in accordance with applicable law and their own privacy policies. If you choose to access or make use of third-party social networking services, we may receive information about you that you have made available to those social networking services, including information about your contacts on those social networking services.

**social data**

https://pedia.watcha.com/en-US

3. Scope and Method of Collection of Personal Information
3.1. The Company may gather the following Personal Information for the purpose of providing the Service or because we are legally required to do so. If you do not provide the Personal Information we request, we may not be able to provide you with the Services. The Personal Information we and our service providers collect includes but is not limited to:
- Your full name, email address, address, date of birth and gender, local citizen or foreigner, I-pin number (only for I-pin users), cell phone number, any linked information (CI) and duplicate information (DI).

**user data**

https://pedia.watcha.com/en-US

3.4. Information Collected Automatically The following information may be generated and collected automatically in the course of using the Service. We have a legitimate interest in using such information to assist in log-in, systems administration purposes, information security and abuse prevention, to track user trends, and to analyze the effective of our Services. Alone or in combination with other information, such automatically collected information may constitute Personal Information. Some of our

https://pedia.watcha.com/en-US

3.2. The Company may gather and use the Personal Information in the following ways:
- Contact Information: In various areas of our Service and in printed materials, we provide you the opportunity to submit a form with basic contact information, such as your name, email, or mailing address. With your permission, Company uses such information to inform you of new products, technical information and services, and upcoming events that may be of interest. If you no longer wish to receive these emails, the opt-out process is described in Section of this Privacy Policy.

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US

To learn how to manage privacy and storage settings for Flash cookies click here.
- Other Tracking Technologies. When you visit our Services, we may collect your IP address for certain purposes such as, for example, to monitor the regions from which you navigate our Services. We may also use web beacons alone or in conjunction with cookies to compile information about your usage of our Services and interaction with emails from us. Web beacons are clear electronic images that can recognize certain types of information on your computer, such as cookies, when you viewed a particular site tied to the web beacon. For example, we may place web beacons in marketing emails that notify us when you click on a link in the email that directs you to our Service. We may use web beacons to operate and improve our Services and email communications.

https://pedia.watcha.com/en-US

As shown below, the accused instrumentality recommends the movies, shows, etc. based on user's interest, preferred categories or previous interactions such as 'The Wolf of Wall Street'. The movies/ show data doesn't cross the threshold with other categories movies/ show.



https://pedia.watcha.com/en-US/contents/m5DpxB5

https://pedia.watcha.com/en-US



| | https://pedia.watcha.com/en-US/users/dP8v6V9N0MvWe/analysis |
|---|---|
| wherein said calculated relevancy score is greater than a threshold and includes said user data, said social data or said event data; | The accused instrumentality discloses a relevancy score (e.g., relevance and ranking metrics) wherein said calculated relevancy score (e.g., relevance and ranking metrics) is greater than threshold (e.g., a location threshold, interest threshold, etc.) and includes said user data (e.g., user information), said social data (e.g., ratings and review information from other users) or said event data (e.g., location of users, interests, etc.).<br><br>As shown below, the accused instrumentality provides movies and show recommendations based on user interests and location. The recommendations are sorted as per relevancy order. The accused instrumentality calculates a relevancy score and suggests interested events if the location of said events is above a threshold proximity.<br><br>We were a group of engineers interested in individualized service. We knew you had to have data on people's interests and preferences and film seemed to be the best for that because everyone likes films - just in varying degrees - and people are used to evaluating films with stars. We decided to create a recommendation engine that took star ratings and made recommendations – Watcha Pedia [which beta launched in 2012].<br><br>https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article |

**recommendation engine.** **How does it work?**

We ask users not just about the films but also books and webtoons [Korean online comics] that they enjoy. We use deep learning and machine learning technology to find people who rate things similarly. Unlike other platforms, where star ratings are more like a popularity vote, people know that the more star ratings you give within Watcha, the better your recommendations. So they are more diligent and careful about whether they give 3.5 stars or 4 stars.

https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article

Korean movie recommendation service. When users rate movies they have seen, it analyzes their tastes and automatically recommends movies they might like. In addition, it provides various services such as writing movie reviews, creating your own collection, and providing box office rankings. As of 2018, movies, dramas, and even books can be evaluated. Watcha (formerly Watcha Play), a movie and drama VOD streaming service, was launched in January 2016 .

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

## 4.1. Sign up/evaluate movies, dramas, books, webtoons

Its main function is to recommend movies that the user might like based on the user's movie star rating. If you rate 30 movies after signing up, it analyzes your taste and recommends movies. Of course, the recommendation becomes more accurate the more I rate the movie. The films that have been evaluated are piled up one by one in the form of a diary and can be checked at any time. When your followers read the movie information you rated, your rating appears at the top. With the August 2015 update, there was a function to modify the disclosure range of movie reviews. In August 2017, the book evaluation function was also updated. In November 2021, the webtoon evaluation function was also updated.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

## 4.2. Expected rating/Recommendations for movies, dramas, books, webtoons

A self-developed recommendation algorithm selects a movie that suits the user's taste and informs him of it along with his estimated rating. 'My estimated star rating' is an estimated score for how many stars a user would give if he/she actually watches the corresponding movie (drama, book, webtoon). In other words, if the expected score is 4.2, there is a high probability that I will give it a 4.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

- Since it is linked to Facebook, it is also a social star rating, such as seeing the movies my Facebook friends have watched and the ratings of the movies they have rated. Due to an update in June 2014, you can follow/follow like Twitter even if you are not a Facebook friend.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

In Watchapedia, there is a section called "Why I would like this content" to show the evidence of the expected rating. This section offers an apparent reason for the recommendation: how another user with similar taste gave the movie a high rating, how the movie is similar to a movie I like, and how the movie is related to a tag I liked. In short, Netflix has a lot of things that the system takes care of without the users knowing, and Watcha explains more on which of my data were reflected on the ratings. For users who are curious about the reason for the recommendation, Netflix's "N% match" information feels insufficient.

https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295



https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295

- Social Media: We have worked with certain third-party social media providers to offer you their social networking services through our Services. For example, you can use third-party social networking services, including but not limited to Facebook, Twitter, LinkedIn, and others to share information about your experience on our Services with your friends and followers on those social networking services. These social networking services may be able to collect information about you, including your activity on our Services. These third-party social networking services also may notify your friends, both on our Services and on the social networking services themselves, that you are a user of our Services or about your use of our Services, in accordance with applicable law and their own privacy policies. If you choose to access or make use of third-party social networking services, we may receive information about you that you have made available to those social networking services, including information about your contacts on those social networking services.

social data

https://pedia.watcha.com/en-US

3. Scope and Method of Collection of Personal Information
3.1. The Company may gather the following Personal Information for the purpose of providing the Service or because we are legally required to do so. If you do not provide the Personal Information we request, we may not be able to provide you with the Services. The Personal Information we and our service providers collect includes but is not limited to:
- Your full name, email address, address, date of birth and gender, local citizen or foreigner, I-pin number (only for I-pin users), cell phone number, any linked information (CI) and duplicate information (DI).

user data

https://pedia.watcha.com/en-US

3.4. Information Collected Automatically The following information may be generated and collected automatically in the course of using the Service. We have a legitimate interest in using such information to assist in log-in, systems administration purposes, information security and abuse prevention, to track user trends, and to analyze the effective of our Services. Alone or in combination with other information, such automatically collected information may constitute Personal Information. Some of our

https://pedia.watcha.com/en-US

3.2. The Company may gather and use the Personal Information in the following ways:
- Contact Information: In various areas of our Service and in printed materials, we provide you the opportunity to submit a form with basic contact information, such as your name, email, or mailing address. With your permission, Company uses such information to inform you of new products, technical information and services, and upcoming events that may be of interest. If you no longer wish to receive these emails, the opt-out process is described in Section of this Privacy Policy.

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US

To learn how to manage privacy and storage settings for Flash cookies click here.
- Other Tracking Technologies. When you visit our Services, we may collect your IP address for certain purposes such as, for example, to monitor the regions from which you navigate our Services. We may also use web beacons alone or in conjunction with cookies to compile information about your usage of our Services and interaction with emails from us. Web beacons are clear electronic images that can recognize certain types of information on your computer, such as cookies, when you viewed a particular site tied to the web beacon. For example, we may place web beacons in marketing emails that notify us when you click on a link in the email that directs you to our Service. We may use web beacons to operate and improve our Services and email communications.

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/contents/m5DpxB5

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/users/dP8v6V9N0MvWe/analysis

| | |
|---|---|
| categorizing said recommendations by | The accused instrumentality discloses categorizing (e.g., categorizing recommendations based on user's interest, preferences, previous interactions, |

| | |
|---|---|
| applying a relevancy popularity analysis thereby narrowing down most relevant data based upon interests, activities, experiences, people, deals, specials, desired matchups, advertisements, or recommendations which have previously elicited engagement; | etc.) said recommendations (e.g., recommendations for shows, movies, etc.) by applying a relevancy popularity analysis (e.g., popular content) thereby narrowing down most relevant data based upon interests (e.g., user interests), activities (e.g., movies, shows, etc.), experiences, people, deals, specials, desired matchups, advertisements, or recommendations (e.g., recommendations for shows, movies, etc.) which have previously elicited engagement (e.g., preferences and previous interactions).<br><br>As shown below, the accused instrumentality categorizes recommendations based on user's interest, preferences, previous interactions, etc. The recommended movies and shows are based on user preferences expressed by user by previously interacting with accused instrumentality.<br><br>We were a group of engineers interested in individualized service. We knew you had to have data on people's interests and preferences and film seemed to be the best for that because everyone likes films - just in varying degrees - and people are used to evaluating films with stars. We decided to create a recommendation engine that took star ratings and made recommendations – Watcha Pedia [which beta launched in 2012].<br><br>https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article |

**recommendation engine. How does it work?**

We ask users not just about the films but also books and webtoons [Korean online comics] that they enjoy. We use deep learning and machine learning technology to find people who rate things similarly. Unlike other platforms, where star ratings are more like a popularity vote, people know that the more star ratings you give within Watcha, the better your recommendations. So they are more diligent and careful about whether they give 3.5 stars or 4 stars.

https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article

Korean movie recommendation service. When users rate movies they have seen, it analyzes their tastes and automatically recommends movies they might like. In addition, it provides various services such as writing movie reviews, creating your own collection, and providing box office rankings. As of 2018, movies, dramas, and even books can be evaluated. Watcha (formerly Watcha Play), a movie and drama VOD streaming service, was launched in January 2016 .

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

### ∨ 4.1. Sign up/evaluate movies, dramas, books, webtoons

Its main function is to recommend movies that the user might like based on the user's movie star rating. If you rate 30 movies after signing up, it analyzes your taste and recommends movies. Of course, the recommendation becomes more accurate the more I rate the movie. The films that have been evaluated are piled up one by one in the form of a diary and can be checked at any time. When your followers read the movie information you rated, your rating appears at the top. With the August 2015 update, there was a function to modify the disclosure range of movie reviews. In August 2017, the book evaluation function was also updated. In November 2021, the webtoon evaluation function was also updated.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

### 4.2. Expected rating/Recommendations for movies, dramas, books, webtoons

A self-developed recommendation algorithm selects a movie that suits the user's taste and informs him of it along with his estimated rating. 'My estimated star rating' is an estimated score for how many stars a user would give if he/she actually watches the corresponding movie (drama, book, webtoon). In other words, if the expected score is 4.2, there is a high probability that I will give it a 4.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

- Since it is linked to Facebook, it is also a social star rating, such as seeing the movies my Facebook friends have watched and the ratings of the movies they have rated. Due to an update in June 2014, you can follow/follow like Twitter even if you are not a Facebook friend.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

In Watchapedia, there is a section called "Why I would like this content" to show the evidence of the expected rating. This section offers an apparent reason for the recommendation: how another user with similar taste gave the movie a high rating, how the movie is similar to a movie I like, and how the movie is related to a tag I liked. In short, Netflix has a lot of things that the system takes care of without the users knowing, and Watcha explains more on which of my data were reflected on the ratings. For users who are curious about the reason for the recommendation, Netflix's "N% match" information feels insufficient.

https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295



https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295

3.2. The Company may gather and use the Personal Information in the following ways:
- Contact Information: In various areas of our Service and in printed materials, we provide you the opportunity to submit a form with basic contact information, such as your name, email, or mailing address. With your permission, Company uses such information to inform you of new products, technical information and services, and upcoming events that may be of interest. If you no longer wish to receive these emails, the opt-out process is described in Section of this Privacy Policy.

https://pedia.watcha.com/en-US

To learn how to manage privacy and storage settings for Flash cookies click here.
- Other Tracking Technologies. When you visit our Services, we may collect your IP address for certain purposes such as, for example, to monitor the regions from which you navigate our Services. We may also use web beacons alone or in conjunction with cookies to compile information about your usage of our Services and interaction with emails from us. Web beacons are clear electronic images that can recognize certain types of information on your computer, such as cookies, when you viewed a particular site tied to the web beacon. For example, we may place web beacons in marketing emails that notify us when you click on a link in the email that directs you to our Service. We may use web beacons to operate and improve our Services and email communications.

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/contents/m5DpxB5

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/users/dP8v6V9N0MvWe/analysis

| matching said identified said user | The accused instrumentality discloses matching said identified said user data (e.g., user information), social data (e.g., ratings, review, etc. information from other |

| | |
|---|---|
| data, social data, or said event data based at least on said relevancy score for each categorized recommendation; | users), or said event data (e.g., location of user, interests, etc.) based at least on said relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different categories of movies, shows, etc.). |

As shown below, the recommendations include different categories of movies, shows, etc. The accused instrumentality calculates a relevancy score and suggests movies and shows if the score is above a threshold.

We were a group of engineers interested in individualized service. We knew you had to have data on people's interests and preferences and film seemed to be the best for that because everyone likes films - just in varying degrees - and people are used to evaluating films with stars. We decided to create a recommendation engine that took star ratings and made recommendations – Watcha Pedia [which beta launched in 2012].

https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article

recommendation engine. How does it work?

We ask users not just about the films but also books and webtoons [Korean online comics] that they enjoy. We use deep learning and machine learning technology to find people who rate things similarly. Unlike other platforms, where star ratings are more like a popularity vote, people know that the more star ratings you give within Watcha, the better your recommendations. So they are more diligent and careful about whether they give 3.5 stars or 4 stars.

https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article

Korean movie recommendation service. When users rate movies they have seen, it analyzes their tastes and automatically recommends movies they might like. In addition, it provides various services such as writing movie reviews, creating your own collection, and providing box office rankings. As of 2018, movies, dramas, and even books can be evaluated. Watcha (formerly Watcha Play), a movie and drama VOD streaming service, was launched in January 2016 .

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

## ˅ 4.1. Sign up/evaluate movies, dramas, books, webtoons

Its main function is to recommend movies that the user might like based on the user's movie star rating. If you rate 30 movies after signing up, it analyzes your taste and recommends movies. Of course, the recommendation becomes more accurate the more I rate the movie. The films that have been evaluated are piled up one by one in the form of a diary and can be checked at any time. When your followers read the movie information you rated, your rating appears at the top. With the August 2015 update, there was a function to modify the disclosure range of movie reviews. In August 2017, the book evaluation function was also updated. In November 2021, the webtoon evaluation function was also updated.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

## ˅ 4.2. Expected rating/Recommendations for movies, dramas, books, webtoons

A self-developed recommendation algorithm selects a movie that suits the user's taste and informs him of it along with his estimated rating. 'My estimated star rating' is an estimated score for how many stars a user would give if he/she actually watches the corresponding movie (drama, book, webtoon). In other words, if the expected score is 4.2, there is a high probability that I will give it a 4.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

- Since it is linked to Facebook, it is also a social star rating, such as seeing the movies my Facebook friends have watched and t he ratings of the movies they have rated. Due to an update in June 2014, you can follow/follow like Twitter even if you are not a Facebook friend.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

In Watchapedia, there is a section called "Why I would like this content" to show the evidence of the expected rating. This section offers an apparent reason for the recommendation: how another user with similar taste gave the movie a high rating, how the movie is similar to a movie I like, and how the movie is related to a tag I liked. In short, Netflix has a lot of things that the system takes care of without the users knowing, and Watcha explains more on which of my data were reflected on the ratings. For users who are curious about the reason for the recommendation, Netflix's "N% match" information feels insufficient.

https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295



https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295

- Social Media: We have worked with certain third-party social media providers to offer you their social networking services through our Services. For example, you can use third-party social networking services, including but not limited to Facebook, Twitter, LinkedIn, and others to share information about your experience on our Services with your friends and followers on those social networking services. These social networking services may be able to collect information about you, including your activity on our Services. These third-party social networking services also may notify your friends, both on our Services and on the social networking services themselves, that you are a user of our Services or about your use of our Services, in accordance with applicable law and their own privacy policies. If you choose to access or make use of third-party social networking services, we may receive information about you that you have made available to those social networking services, including information about your contacts on those social networking services.

**social data**

https://pedia.watcha.com/en-US

3. Scope and Method of Collection of Personal Information

3.1. The Company may gather the following Personal Information for the purpose of providing the Service or because we are legally required to do so. If you do not provide the Personal Information we request, we may not be able to provide you with the Services. The Personal Information we and our service providers collect includes but is not limited to:

- Your full name, email address, address, date of birth and gender, local citizen or foreigner, I-pin number (only for I-pin users), cell phone number, any linked information (CI) and duplicate information (DI).

**user data**

https://pedia.watcha.com/en-US

3.4. Information Collected Automatically The following information may be generated and collected automatically in the course of using the Service. We have a legitimate interest in using such information to assist in log-in, systems administration purposes, information security and abuse prevention, to track user trends, and to analyze the effective of our Services. Alone or in combination with other information, such automatically collected information may constitute Personal Information. Some of our

https://pedia.watcha.com/en-US

3.2. The Company may gather and use the Personal Information in the following ways:
- Contact Information: In various areas of our Service and in printed materials, we provide you the opportunity to submit a form with basic contact information, such as your name, email, or mailing address. With your permission, Company uses such information to inform you of new products, technical information and services, and upcoming events that may be of interest. If you no longer wish to receive these emails, the opt-out process is described in Section of this Privacy Policy.

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US

To learn how to manage privacy and storage settings for Flash cookies click here.
- Other Tracking Technologies. When you visit our Services, we may collect your IP address for certain purposes such as, for example, to monitor the regions from which you navigate our Services. We may also use web beacons alone or in conjunction with cookies to compile information about your usage of our Services and interaction with emails from us. Web beacons are clear electronic images that can recognize certain types of information on your computer, such as cookies, when you viewed a particular site tied to the web beacon. For example, we may place web beacons in marketing emails that notify us when you click on a link in the email that directs you to our Service. We may use web beacons to operate and improve our Services and email communications.

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/contents/m5DpxB5

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/users/dP8v6V9N0MvWe/analysis

| determining one or | The accused instrumentality discloses determining one or more recommendation |

| | |
|---|---|
| more recommendation results based at least on said relevancy score for each categorized recommendation; | (e.g., recommendations for movies, shows, etc.) results based at least on said relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different categories of movies, shows, etc.).<br><br>As shown below, the recommendations include different categories of movies, shows, etc. The accused instrumentality calculates a relevancy score and suggests movies, shows, etc. if the score is above a threshold. Upon selecting a category, recommended movies, shows, etc. belonging to said category are displayed.<br><br>We were a group of engineers interested in individualized service. We knew you had to have data on people's interests and preferences and film seemed to be the best for that because everyone likes films - just in varying degrees - and people are used to evaluating films with stars. We decided to create a recommendation engine that took star ratings and made recommendations – Watcha Pedia [which beta launched in 2012].<br><br>https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article |

**recommendation engine. How does it work?**

We ask users not just about the films but also books and webtoons [Korean online comics] that they enjoy. We use deep learning and machine learning technology to find people who rate things similarly. Unlike other platforms, where star ratings are more like a popularity vote, people know that the more star ratings you give within Watcha, the better your recommendations. So they are more diligent and careful about whether they give 3.5 stars or 4 stars.

https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article

Korean movie recommendation service. When users rate movies they have seen, it analyzes their tastes and automatically recommends movies they might like. In addition, it provides various services such as writing movie reviews, creating your own collection, and providing box office rankings. As of 2018, movies, dramas, and even books can be evaluated. Watcha (formerly Watcha Play), a movie and drama VOD streaming service, was launched in January 2016 .

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

### ⌄ 4.1. Sign up/evaluate movies, dramas, books, webtoons

Its main function is to recommend movies that the user might like based on the user's movie star rating. If you rate 30 movies after signing up, it analyzes your taste and recommends movies. Of course, the recommendation becomes more accurate the more I rate the movie. The films that have been evaluated are piled up one by one in the form of a diary and can be checked at any time. When your followers read the movie information you rated, your rating appears at the top. With the August 2015 update, there was a function to modify the disclosure range of movie reviews. In August 2017, the book evaluation function was also updated. In November 2021, the webtoon evaluation function was also updated.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

## ˅ 4.2. Expected rating/Recommendations for movies, dramas, books, webtoons

A self-developed recommendation algorithm selects a movie that suits the user's taste and informs him of it along with his estimated rating. 'My estimated star rating' is an estimated score for how many stars a user would give if he/she actually watches the corresponding movie (drama, book, webtoon). In other words, if the expected score is 4.2, there is a high probability that I will give it a 4.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

- Since it is linked to Facebook, it is also a social star rating, such as seeing the movies my Facebook friends have watched and the ratings of the movies they have rated. Due to an update in June 2014, you can follow/follow like Twitter even if you are not a Facebook friend.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

In Watchapedia, there is a section called "Why I would like this content" to show the evidence of the expected rating. This section offers an apparent reason for the recommendation: how another user with similar taste gave the movie a high rating, how the movie is similar to a movie I like, and how the movie is related to a tag I liked. In short, Netflix has a lot of things that the system takes care of without the users knowing, and Watcha explains more on which of my data were reflected on the ratings. For users who are curious about the reason for the recommendation, Netflix's "N% match" information feels insufficient.

https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295



https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295



https://pedia.watcha.com/en-US/contents/m5DpxB5

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/users/dP8v6V9N0MvWe/analysis

| transmitting to said user the one or more recommendation results based at least on said relevancy score for each categorized recommendation by displaying matched identified said user data, social data, or said event data based on calculated recommendations. | The accused instrumentality discloses transmitting to said user (e.g., a user of the accused instrumentality) the one or more recommendation results (e.g., recommendations for movies, shows, etc.) based at least on said relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different categories of movies, shows, etc.) by displaying matched identified said user data (e.g., user information), social data (e.g., ratings, reviews, etc. information from other users), or said event data (e.g., location of users, interests, etc.).based on calculated recommendations (e.g., recommendations for movies, TV shows, etc.).<br><br>As shown below, the accused instrumentality transmits recommendations to a user when said user searches for content. The recommendations include different categories of movies, shows, etc. The accused instrumentality calculates a relevancy score and suggests movies, shows, etc. if the score is above a threshold. Upon selecting a category, recommended movies, shows, etc. belonging to said category are displayed.<br><br>We were a group of engineers interested in individualized service. We knew you had to have data on people's interests and preferences and film seemed to be the best for that because everyone likes films - just in varying degrees - and people are used to evaluating films with stars. We decided to create a recommendation engine that took star ratings and made recommendations – Watcha Pedia [which beta launched in 2012].<br><br>https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article |

**recommendation engine. How does it work?**

We ask users not just about the films but also books and webtoons [Korean online comics] that they enjoy. We use deep learning and machine learning technology to find people who rate things similarly. Unlike other platforms, where star ratings are more like a popularity vote, people know that the more star ratings you give within Watcha, the better your recommendations. So they are more diligent and careful about whether they give 3.5 stars or 4 stars.

https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article

Korean movie recommendation service. When users rate movies they have seen, it analyzes their tastes and automatically recommends movies they might like. In addition, it provides various services such as writing movie reviews, creating your own collection, and providing box office rankings. As of 2018, movies, dramas, and even books can be evaluated. Watcha (formerly Watcha Play), a movie and drama VOD streaming service, was launched in January 2016 .

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

## ˅ 4.1. Sign up/evaluate movies, dramas, books, webtoons

Its main function is to recommend movies that the user might like based on the user's movie star rating. If you rate 30 movies after signing up, it analyzes your taste and recommends movies. Of course, the recommendation becomes more accurate the more I rate the movie. The films that have been evaluated are piled up one by one in the form of a diary and can be checked at any time. When your followers read the movie information you rated, your rating appears at the top. With the August 2015 update, there was a function to modify the disclosure range of movie reviews. In August 2017, the book evaluation function was also updated. In November 2021, the webtoon evaluation function was also updated.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

## ⌄ 4.2. Expected rating/Recommendations for movies, dramas, books, webtoons

A self-developed recommendation algorithm selects a movie that suits the user's taste and informs him of it along with his estimated rating. 'My estimated star rating' is an estimated score for how many stars a user would give if he/she actually watches the corresponding movie (drama, book, webtoon). In other words, if the expected score is 4.2, there is a high probability that I will give it a 4.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

- Since it is linked to Facebook, it is also a social star rating, such as seeing the movies my Facebook friends have watched and the ratings of the movies they have rated. Due to an update in June 2014, you can follow/follow like Twitter even if you are not a Facebook friend.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

In Watchapedia, there is a section called "Why I would like this content" to show the evidence of the expected rating. This section offers an apparent reason for the recommendation: how another user with similar taste gave the movie a high rating, how the movie is similar to a movie I like, and how the movie is related to a tag I liked. In short, Netflix has a lot of things that the system takes care of without the users knowing, and Watcha explains more on which of my data were reflected on the ratings. For users who are curious about the reason for the recommendation, Netflix's "N% match" information feels insufficient.

https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295



https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295

- Social Media: We have worked with certain third-party social media providers to offer you their social networking services through our Services. For example, you can use third-party social networking services, including but not limited to Facebook, Twitter, LinkedIn, and others to share information about your experience on our Services with your friends and followers on those social networking services. These social networking services may be able to collect information about you, including your activity on our Services. These third-party social networking services also may notify your friends, both on our Services and on the social networking services themselves, that you are a user of our Services or about your use of our Services, in accordance with applicable law and their own privacy policies. If you choose to access or make use of third-party social networking services, we may receive information about you that you have made available to those social networking services, including information about your contacts on those social networking services.

**social data**

https://pedia.watcha.com/en-US

3. Scope and Method of Collection of Personal Information

3.1. The Company may gather the following Personal Information for the purpose of providing the Service or because we are legally required to do so. If you do not provide the Personal Information we request, we may not be able to provide you with the Services. The Personal Information we and our service providers collect includes but is not limited to:

- Your full name, email address, address, date of birth and gender, local citizen or foreigner, I-pin number (only for I-pin users), cell phone number, any linked information (CI) and duplicate information (DI).

**user data**

https://pedia.watcha.com/en-US

3.4. Information Collected Automatically The following information may be generated and collected automatically in the course of using the Service. We have a legitimate interest in using such information to assist in log-in, systems administration purposes, information security and abuse prevention, to track user trends, and to analyze the effective of our Services. Alone or in combination with other information, such automatically collected information may constitute Personal Information. Some of our

https://pedia.watcha.com/en-US

3.2. The Company may gather and use the Personal Information in the following ways:
- Contact Information: In various areas of our Service and in printed materials, we provide you the opportunity to submit a form with basic contact information, such as your name, email, or mailing address. With your permission, Company uses such information to inform you of new products, technical information and services, and upcoming events that may be of interest. If you no longer wish to receive these emails, the opt-out process is described in Section of this Privacy Policy.

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US

To learn how to manage privacy and storage settings for Flash cookies click here.
- Other Tracking Technologies. When you visit our Services, we may collect your IP address for certain purposes such as, for example, to monitor the regions from which you navigate our Services. We may also use web beacons alone or in conjunction with cookies to compile information about your usage of our Services and interaction with emails from us. Web beacons are clear electronic images that can recognize certain types of information on your computer, such as cookies, when you viewed a particular site tied to the web beacon. For example, we may place web beacons in marketing emails that notify us when you click on a link in the email that directs you to our Service. We may use web beacons to operate and improve our Services and email communications.

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/contents/m5DpxB5

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/users/dP8v6V9N0MvWe/analysis



https://pedia.watcha.com/en-US/contents/mV53EwO

| | |
|---|---|
| 2. The method of claim 1, wherein said user data includes information about a user's real world explicitly or implicitly stated interests, disinterests, or desires. | The accused instrumentality practices collecting user data (e.g., personal info, etc.) wherein said user data includes information about a user's real world explicitly or implicitly stated interests (e.g., explicitly stated user interests, etc.), disinterests, or desires.<br><br>3. Scope and Method of Collection of Personal Information<br>3.1. The Company may gather the following Personal Information for the purpose of providing the Service or because we are legally required to do so. If you do not provide the Personal Information we request, we may not be able to provide you with the Services. The Personal Information we and our service providers collect includes but is not limited to:<br>- Your full name, email address, address, date of birth and gender, local citizen or foreigner, I-pin number (only for I-pin users), cell phone number, any linked information (CI) and duplicate information (DI). |

https://pedia.watcha.com/en-US



3.4. Information Collected Automatically The following information may be generated and collected automatically in the course of using the Service. We have a legitimate interest in using such information to assist in log-in, systems administration purposes, information security and abuse prevention, to track user trends, and to analyze the effective of our Services. Alone or in combination with other information, such automatically collected information may constitute Personal Information. Some of our

https://pedia.watcha.com/en-US

**The Wolf of Wall Street**

The Wolf of Wall Street
2013 · Biography/Crime/Drama · United States
2h 59m

user data

★★★½☆
It's pretty good

3.9
Average Rating(4k)

+ WatchList     ✎ Comment     👁 Watching     ⋯ More

, please share your thought.          Leave Comment

https://pedia.watcha.com/en-US/contents/m5DpxB5



[https://pedia.watcha.com/en-US](https://pedia.watcha.com/en-US)



https://pedia.watcha.com/en-US/users/dP8v6V9N0MvWe/analysis

| 3. The method of claim | The accused instrumentality practices collecting social data wherein said social |
|---|---|

| 2 wherein said social data may include information about users and ghost users' real world interests or disinterests. | data (e.g., reviews, ratings, etc. information from other users) may include information about users and ghost users' real world interests or disinterests (e.g., user interest, other users content preferences, etc.).<br><br>As shown below, the accused instrumentality collects data regarding user personal information (user data). It also collects information regarding users such as reviews, ratings, etc.<br><br>3.4. Information Collected Automatically The following information may be generated and collected automatically in the course of using the Service. We have a legitimate interest in using such information to assist in log-in, systems administration purposes, information security and abuse prevention, to track user trends, and to analyze the effective of our Services. Alone or in combination with other information, such automatically collected information may constitute Personal Information. Some of our<br><br>https://pedia.watcha.com/en-US |

- Social Media: We have worked with certain third-party social media providers to offer you their social networking services through our Services. For example, you can use third-party social networking services, including but not limited to Facebook, Twitter, LinkedIn, and others to share information about your experience on our Services with your friends and followers on those social networking services. These social networking services may be able to collect information about you, including your activity on our Services. These third-party social networking services also may notify your friends, both on our Services and on the social networking services themselves, that you are a user of our Services or about your use of our Services, in accordance with applicable law and their own privacy policies. If you choose to access or make use of third-party social networking services, we may receive information about you that you have made available to those social networking services, including information about your contacts on those social networking services.

social data

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/contents/m5DpxB5

We were a group of engineers interested in individualized service. We knew you had to have data on people's interests and preferences and film seemed to be the best for that because everyone likes films - just in varying degrees - and people are used to evaluating films with stars. We decided to create a recommendation engine that took star ratings and made recommendations – Watcha Pedia [which beta launched in 2012].

https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article

recommendation engine. How does it work?

We ask users not just about the films but also books and webtoons [Korean online comics] that they enjoy. We use deep learning and machine learning technology to find people who rate things similarly. Unlike other platforms, where star ratings are more like a popularity vote, people know that the more star ratings you give within Watcha, the better your recommendations. So they are more diligent and careful about whether they give 3.5 stars or 4 stars.

https://www.screendaily.com/features/how-koreas-watcha-is-taking-on-streaming-giants-and-readying-a-global-push/5172618.article

Korean movie recommendation service. When users rate movies they have seen, it analyzes their tastes and automatically recommends movies they might like. In addition, it provides various services such as writing movie reviews, creating your own collection, and providing box office rankings. As of 2018, movies, dramas, and even books can be evaluated. Watcha (formerly Watcha Play), a movie and drama VOD streaming service, was launched in January 2016 .

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

### ⌄ 4.1. Sign up/evaluate movies, dramas, books, webtoons

Its main function is to recommend movies that the user might like based on the user's movie star rating. If you rate 30 movies after signing up, it analyzes your taste and recommends movies. Of course, the recommendation becomes more accurate the more I rate the movie. The films that have been evaluated are piled up one by one in the form of a diary and can be checked at any time. When your followers read the movie information you rated, your rating appears at the top. With the August 2015 update, there was a function to modify the disclosure range of movie reviews. In August 2017, the book evaluation function was also updated. In November 2021, the webtoon evaluation function was also updated.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

### ⌄ 4.2. Expected rating/Recommendations for movies, dramas, books, webtoons

A self-developed recommendation algorithm selects a movie that suits the user's taste and informs him of it along with his estimated rating. 'My estimated star rating' is an estimated score for how many stars a user would give if he/she actually watches the corresponding movie (drama, book, webtoon). In other words, if the expected score is 4.2, there is a high probability that I will give it a 4.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

- Since it is linked to Facebook, it is also a social star rating, such as seeing the movies my Facebook friends have watched and the ratings of the movies they have rated. Due to an update in June 2014, you can follow/follow like Twitter even if you are not a Facebook friend.

https://en.namu.wiki/w/%EC%99%93%EC%B1%A0%ED%94%BC%EB%94%94%EC%95%84

In Watchapedia, there is a section called "Why I would like this content" to show the evidence of the expected rating. This section offers an apparent reason for the recommendation: how another user with similar taste gave the movie a high rating, how the movie is similar to a movie I like, and how the movie is related to a tag I liked. In short, Netflix has a lot of things that the system takes care of without the users knowing, and Watcha explains more on which of my data were reflected on the ratings. For users who are curious about the reason for the recommendation, Netflix's "N% match" information feels insufficient.

https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295



https://medium.com/@yuri.choi/how-to-bring-back-the-five-star-rating-system-on-netflix-be5a53ce2295

| 4. The method of claim 3 wherein said user data further comprises a current, recent, last | The accused instrumentality practices identifying user data (e.g., personal info, etc.) wherein said user data further comprises a current, recent, last known, or estimated physical location (e.g., latitude, longitude, country, etc.) of one more of said users (e.g., users of the accused instrumentality). |
|---|---|

| known, or estimated physical location of one more of said users. | As shown, the accused instrumentality gathers the user's location through their devices.<br><br>3. Scope and Method of Collection of Personal Information<br>3.1. The Company may gather the following Personal Information for the purpose of providing the Service or because we are legally required to do so. If you do not provide the Personal Information we request, we may not be able to provide you with the Services. The Personal Information we and our service providers collect includes but is not limited to:<br>- Your full name, email address, address, date of birth and gender, local citizen or foreigner, I-pin number (only for I-pin users), cell phone number, any linked information (CI) and duplicate information (DI).   — user data<br><br>https://pedia.watcha.com/en-US<br><br>To learn how to manage privacy and storage settings for Flash cookies click here.<br>- Other Tracking Technologies. When you visit our Services, we may collect your IP address for certain purposes such as, for example, to monitor the regions from which you navigate our Services. We may also use web beacons alone or in conjunction with cookies to compile information about your usage of our Services and interaction with emails from us. Web beacons are clear electronic images that can recognize certain types of information on your computer, such as cookies, when you viewed a particular site tied to the web beacon. For example, we may place web beacons in marketing emails that notify us when you click on a link in the email that directs you to our Service. We may use web beacons to operate and improve our Services and email communications. |

https://pedia.watcha.com/en-US



https://pedia.watcha.com/en-US/users/dP8v6V9N0MvWe/analysis